*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 25, 2015                    519884
_____

In the Matter of GEOFFREY
    HOLGATE,
                          Petitioner,

        v                                              MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                          Respondent.
_____

Calendar Date:  May 5, 2015

Before:  Lahtinen, J.P., Garry, Devine and Clark, JJ.

                        _____


        Geoffrey Holgate, Beacon, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.


                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision which found petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner, an inmate, commenced this CPLR article 78
proceeding to challenge a determination rendered after a tier III
disciplinary hearing.  The Attorney General has advised this
Court that the determination has been administratively reversed,
all references thereto have been expunged from petitioner's
institutional record and the $5 mandatory surcharge has been
refunded to petitioner's inmate account.  In view of this, and
given that petitioner has received all of the relief to which he

is entitled, the matter must be dismissed as moot (see Matter of Ramos v Department of Corr. & Community Supervision, 123 AD3d 1215, 1216 [2014]).

Lahtinen, J.P., Garry, Devine and Clark, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court